# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2021

*The Court of Appeals hereby passes the following order*

## A21I0124. SRA MANAGEMENT, LLC d/b/a OLYMPUS FENWICK LUXURY APARTMENTS et al. v. SHIRLEY PRINCE et al. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
STCV1900319



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 25, 2021.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*